IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01205-WYD-KLM

ANGELA GUTIERREZ,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

This matter comes before the court on the Stipulation of Dismissal with Prejudice [ECF No. 25] pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).  After carefully considering the stipulation, it is hereby

ORDERED that the Stipulation of Dismissal with Prejudice [ECF No. 25] pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated:  October 7, 2011.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE